UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

*Denied*
*Susan J. Dlott*
*9/2/11*

------------------------------------------------X
:
K-BEECH, INC., :
: Civil Action No. 1:11-cv-00487
Plaintiff, :
:
vs. : Jeff Simpson (0080376)
: The Simpson Law Office, Inc.
JOHN DOES 1-48, : 405 North Huron, Suite 200
: Toledo, Ohio 43604
Defendants. : Tel: 419-243-7225
: Fax: 419-242-0463
: Email: thesimpsonlawoffice@yahoo.com
------------------------------------------------X

### EMERGENCY MOTION TO PRESERVE DATA PENDING MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO RULE 26(f) CONFERENCE

Plaintiff, Patrick Collins, Inc., by and through undersigned counsel, moves for the entry of an order pursuant to Rules 26(b)(2)(C) and 34(c) to preserve data pending the court's ruling on Plaintiff's Motion For Leave To Serve Third Party Subpoenas Prior To Rule 26(f) Conference. In support of this Motion, Plaintiff presents the attached Memorandum of Law.

Dated: September 1, 2011

                                                        Respectfully submitted,

By:    /s/ Jeff Simpson
          Jeff Simpson (0080376)
          Attorney for Plaintiff
          405 North Huron, Suite 200
          Toledo, Ohio 43604
          Tel: (419) 243-7225
          Fax: (419) 242-0463
          Email: thesimpsonlawoffice@yahoo.com